IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH ROLIN, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. 10-00540-CG-N |
| PAROLE COMMISSION, | ) ) ) |
| Respondent. | ) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 8, 2011, as set forth in the Magistrate's conclusion, pages 10 and 11, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 9th day of March, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE