# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| KENNETH ROLIN, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   Civil Action No. 10-00540-CG-N |
| | ) |
| PAROLE COMMISSION, | ) |
| | ) |
|     Respondent. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is **ORDERED, ADJUDGED** and **DECREED** that petitioner's motion for immediate release (Docs. 1 and 13) be and is hereby **DENIED,** but that petitioner's motion for a writ of mandamus be and is hereby **GRANTED** in that the United States Parole Commission is hereby **ORDERED** to conduct a revocation hearing within thirty (30) days of the date of this Order, if such a hearing has not already been held.

**DONE and ORDERED** this 9th day of March, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE