IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| KENNETH ROLIN, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | CIVIL ACTION NO. 10-0540-CG-N |
| PAROLE COMMISSION, | ) | |
| Respondent. | ) | |

**ORDER**

The respondent having advised this court that a revocation hearing was held on January 19, 2011 (Doc. 21), and because the petitioner has not filed an amended petition, this action is hereby **DISMISSED**. The clerk of court is directed to close this case.

**DONE and ORDERED** this 26th day of April, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE